

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James David Haynes, Jr., Appellant

No. 06-15-00029-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 14F0359-005). Opinion delivered by *Justice Carter and Chief Justice Morriss and Justice Moseley participating. *Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, James David Haynes, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 7, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk